UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:                                         CASE NO.:   14-35551 RAM
                                               Chapter 13
TANIA RAMOS
Aka TANIA FAJO

  Debtor.
_____/

## DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE AND TO CONVERT CASE TO CHAPTER 7

The Debtor, TANIA RAMOS aka TANIA FAJO ("Debtor"), by and through undersigned counsel, moves this Honorable Court to reinstate the above-styled Chapter 13 case and to convert case to Chapter 7, and as grounds states as follows:

1. This case was dismissed by order of the Court on December 4, 2014 for failure by the Debtor to correct a filing deficiency. The Debtor filed this Chapter 13 case pro se, and did not have the benefit of counsel to assist her in choosing the appropriate chapter under which to file her case, nor to assist her in meeting the filing requirements of the Bankruptcy Code, Rules of Bankruptcy Procedure and the Local Rules of this Court.

2. The Debtor has retained the undersigned firm to assist her with her Chapter 7 filing, and said firm is prepared to supplement the case file with all required documents mandated by 11 U.S.C. Sec. 521(a)(1), Bankruptcy Rule 1007, and Local Rules 1007-1 & 1007-2. The Debtor is prepared to pay the applicable conversion fee upon conversion.

WHEREFORE, the Debtor respectfully moves this Honorable Court to reinstate the above-styled Chapter 13 case and to convert said case to Chapter 7.

1

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I FURTHER CERTIFY that a true and correct copy of the foregoing will be served on this 31st day of December, 2014, to all parties on the service list provided herein.

Respectfully submitted,

Advocate Law Groups of Florida, P.A.
Attorneys for Tania Ramos
Suite 210
15100 N.W. 67th Avenue
Miami Lakes, FL 33014
(786)/333-7563– Telephone
(888)/769-1752 – Facsimile
service@algof.com - Email

By:   /s/ Anthony G. Carmona

☐ Jon B. Lindeman, Jr., Esquire
  Florida Bar No.: 0184659
☐ Carlos D. Grande, Esquire
  Florida Bar No.: 0055900
X Anthony G. Carmona, Esquire
  Florida Bar No.: 0867543
☐ Shawn Taylor, Esquire
  Florida Bar No.: 0103176

Service List:

Trustee
Nancy K. Neidich
P.O. Box 279806
Miramar, Florida 33027
e2c8f01@ch13herkert.com

Tania Ramos
41 N.W. 136th Ct.
Miami, FL 33178