

**ORDERED in the Southern District of Florida on February 24, 2015.**

*[signature]*

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

```
               UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF FLORIDA
```

|  |  |
|---|---|
| In re: | ) CASE NO.   14-35551-BKC-RAM |
|  | ) CHAPTER   13 |
| TANIA RAMOS, | ) |
|  | ) |
| Debtor. | ) |
|  | ) |

### ORDER DENYING MOTION TO REINSTATE CASE

The Court conducted a hearing on February 24, 2015, on Debtor's Motion to Reinstate Chapter 13 Case and to Convert Case to Chapter 7 ("Motion to Reinstate Case") [DE# 12]. Movant failed to appear. Therefore, it is -

**ORDERED** that the Debtor's Motion to Reinstate Case is denied without prejudice for failure to prosecute.

###

COPIES TO:

Anthony G. Carmona, Esq.
Nancy K. Neidich, Trustee